UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-05-2912 |
| $17,072.63 IN UNITED STATES CURRENCY, | § § § § | |
| Defendant. | § § | |
| MARIA CIMODOCIA GARZA, | § § | |
| Claimant. | § § | |

## AGREED FINAL JUDGMENT OF FORFEITURE

Pending before the Court is the Joint Motion for Entry of Agreed Final Judgment of Forfeiture. Having reviewed the Motion and the applicable law, this Court determines that the Motion should be GRANTED. It is therefore,

ORDERED that defendant property described as seventeen thousand seventy-two dollars and sixty-three cents ($17,072.63) in United States currency ("Defendant Currency") is hereby forfeited to the United States of America; it is further

ORDERED that the United States of America and Claimant, Maria Cimodocia Garza, shall each bear their own costs and expenses; and it is further

ORDERED that the United States of America shall dispose of Defendant Currency in accordance with applicable law.

THIS IS A FINAL JUDGMENT.

Signed on _____, 2006, at Houston, Texas.

_____
Mary Milloy
United States Magistrate Judge

AGREED TO AND APPROVED:

_____
James Randall Smith
Texas State Bar No. 18621300
Federal Admission No. 1323
1201 South Shepherd
Houston, TX 77019
Phone: 713-630-0500
Fax: 713-630-0553
Attorney for Maria Cimodocia Garza, Claimant

Donald J. DeGabrielle, Jr.
United States Attorney

By: _____
Gerald Doyle
Texas State Bar No. 06091500
SDTX Id No. 1453
Assistant U. S. Attorney
United States Attorney's Office
P.O. Box 61129
Houston, TX 77208
Phone: 713-567-9599
Fax: 713-718-3300
Attorney for the United States of America